J. Joseph Curran, Jr.
Attorney General

Donna Hill Staton
Deputy Attorney General



Stuart M. Nathan
Assistant Attorney General
Principal Counsel

Alan D. Eason
Assistant Attorney General
Deputy Counsel

Susan Howe Baron
Michael O. Doyle
Steven G. Hildenbrand
Holly Knepper
Glenn T. Marrow
Michele J. McDonald
Scott S. Oakley
Karl Pothier
Assistant Attorneys General

Judith A. Barr
Staff Attorney

**State of Maryland**
**OFFICE OF THE ATTORNEY GENERAL**
Department of Public Safety and Correctional Services
Plaza Office Center
6776 Reisterstown Road
Suite 313
Baltimore, Maryland 21215-2341
Telephone: (410) 585-3070
TTY for Deaf: 1-800-735-2258
Fax: (410) 764-5366

**Direct Dial: (410) 585-3413**

June 10, 2003

Honorable James K. Bredar
United States Magistrate-Judge
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *Sinnott v. Mitchell,* Civil Action No. AMD-00-1466 (D. Md.)

Dear Magistrate-Judge Bredar,

    Pursuant to my agreement with opposing counsel, I am providing you with a status report as to why a Stipulation of Dismissal has not been filed in the above captioned matter.

    On May 14, 2003, Commissioner LaMont Flanagan resigned from his position as the Commissioner of the Division of Pretrial Detention and Services ("DPDS"). Consequently, I had to obtain re-approval the settlement from the new administration of DPDS. The new administration at DPDS re-approved the settlement and ordered the settlement check on June 3, 2003 from the State Comptroller's Office. As soon as I receive the settlement check from the State Comptroller, I will forward it to opposing counsel and I will file a Stipulation of Dismissal with Prejudice that has already been executed by Plaintiff.

    Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,


Glenn T. Marrow
Assistant Attorney General

cc:	Kenneth Rhoad, Esq.