IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JAMES SINNOTT, | * |
| Plaintiff, | * |
| vs. | * |
| | *   Civil Action No. |
| JAMES MITCHELL II, | *   AMD-00-1466 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, James Sinnott and Nancy Sinnott, voluntarily dismiss the above captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Respectfully Submitted,

_____
Kenneth R. Rhoad, Esq.

_____
Jonathan A. Steinberg, Esq.

**GEBHARDT & SMITH, LLP**
World Trade Center
Ninth Floor
401 E. Pratt Street
Baltimore, Maryland 21202-3064

Telephone: (410) 752-5830
Facsimile: (410) 385-5119

Attorneys for Plaintiffs
James Sinnott and Nancy P. Sinnott

1