## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**JAMES P. SINNOTT, et al.**

                Plaintiffs,

      vs.                                **Civil Action Number: AMD-00-1466**

**JAMES MITCHELL, II**

                  Defendant.

### Request by Court Appointed Counsel for Reimbursement of Expenses

Name of person represented: <u>James and Nancy Sinnott</u>  
Date of appointment: ___<u>November 15, 2001</u>___  
Date of judgment or date appointment ended: <u>Pending settlment</u>

Have you previously applied for reimbursement in this case?  
[ X ] No  Yes [  ] amount received: _____  
If you answered yes, attach copies of all prior applications.

      I hereby request reimbursement for the following costs (do NOT include any expenses previously reimbursed)

Deposition expenses (attach invoices or a statement with the deponent's name, date of deposition, number of pages, and per page rate) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____938.50_

Expert, investigative, or other services (attach receipts; and if approved in advance, a copy of the order approving; if not approved in advance explain why) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____

Travel expenses, including tolls, parking, and mileage for trips exceeding 50 miles each way . . . . . . . . . .  $_____

Witness fees/Service fees (attach invoices, receipts or copies of checks) . . . . . . . . . . . . . . . . . . . . . . . .  $_____

Interpreter services (attach invoices or receipts) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____

Copies, photographs, long distance calls, etc. (actual out-of-pocket expenses only, not normal office overhead) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____335.66_

Other expenses (attach receipts and a statement describing expenses) . . . . . . . . . . . . . . . . . . . . . . . . . . . .  $_____

                                     **TOTAL**      $_____1,274.16_

### DECLARATION

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that I have not been compensated or reimbursed for these costs from or on behalf of the client. None of the costs listed represent fees or costs taxed against myself or the client.

_Signature of Attorney and Date_       _June 25, 2003_

Kenneth R. Flood  
Printed Name of Attorney  
Bar No. 09520  
Gebhardt & Smith LLP  
The World Trade Center  
9th Floor  
401 East Pratt Street  
Baltimore, Maryland 21202

      Expenses in the amount of _____ are approved.

_____              _____  
Date                                    United States District/Magistrate Judge

## Instructions for completing Request by Court Appointed Counsel
## for Reimbursement of Expenses

**NOTE: Regulations Governing the Reimbursement of Expenses in Pro Bono Cases are contained in Appendix C to the Local Rules of the United States District Court for the District of Maryland.**

This form is only for use in cases where counsel has been court appointed.

There is a total expense limit of $2,500.00.   Upon request forwarded by the presiding judge, the Attorney Admissions Committee may increase this limit.

There is a limit of $100.00 for individual expenses unless advance approval was obtained from the presiding judge.

A request must be filed no later than thirty days from the entry of judgment or the date counsel's appearance is terminated, whichever is earlier.  A request may be made while a case is pending for interim expenses.

Do not seek reimbursement for expenses awarded as costs or attorneys' fees.

Do not seek reimbursement for costs or expenses awarded against you or your client.

Be sure to fill in your client's name, the date of your appointment, and, if applicable, the date of judgment or date your representation ceased.

Whenever available attach receipts or invoices for expenses.  If other documentation is not available, attach a statement detailing the expense.

If the reason an expense was incurred is not readily apparent, attach a statement explaining why it was necessary.

Mileage is reimbursable at the rate allowed for government travel at the time the expense was incurred. The current mileage rate is in the Schedule of Fees posted on the Court's web site: www.mdd.uscourts.gov or on the GSA web site: www.gsa.gov.  When you request reimbursement for mileage include the number of miles traveled each way and the rate at which you calculated the amount of reimbursement.

Do NOT include any expenses which were previously reimbursed.

If interim expenses were approved, fill in the amount approved and attach copies of all interim requests for reimbursement.



**Esquire Deposition Services**
**A Hobart West Company**
Tax ID # 22-3779684
401 E. Pratt St, Suite 425
Baltimore, MD 21202
Tel: (410) 539-6398   Fax: (410) 576-7207

**151396    LARSD01**

To:
Gebhardt & Smith
401 East Pratt Street, 9th FL.
World Trade Center Building
Baltimore, MD 21202

ATTN : JOHNATHAN STEINBERG, ESQ

| INVOICE NUMBER | DATE |
|---|---|
| 129304EDC | 03/26/03 |

Due Upon Receipt   **AMOUNT DUE**   **ENCL.**

YOUR REFERENCE NUMBER

CAPTION

SINNOTT V. MITCHELL

SERVICES PROVIDED ON 03/20/03:

| | | | | |
|---|---|---|---|---|
| James Mitchell, II | 1- 130 | 130 PGS @ $3.25 | 422.50 | O+1 |
| Minuscript & ascii | | | 15.00 | |
| Master Word Index | | 9 @ $1.00 | 9.00 | |
| Read & sign | | | 25.00 | |
| Exhibits & tabs | | 14 @ $0.50 | 7.00 | |
| Wait Time - per hour | | | 75.00 | |
| 3 day turnaround | 75% | 130 @ $2.50 | 325.00 | |
| Shipping & Handling | | | | |
| Administrative Fee | | | 60.00 | |

BALANCE DUE
(We accept VISA, MasterCard & American xpress cards)    **TOTAL** 938.50   Thank You!

For Invoice Questions,
Please Call
(866) 377-5964
Fax (973) 377-9543

**CALL US, WE'LL COVER YOUR DEPOSITIONS-ANYWHERE!**

Please detach and send with payment

- - - - - - - - - - - -

Remit To:

**Esquire Deposition Services, LLC**
P.O Box 17678
Baltimore,MD 21297-1678
Tax ID # 22-3779684

JOB: 151396   TOT: $938.50
INVOICE #: 129304EDC
DATE: 03/26/03

Gebhardt & Smith
Attn: JOHNATHAN STEINBERG, ESQ
401 East Pratt Street, 9th FL.
World Trade Center Building
Baltimore, MD 21202

ESQUIRE™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOG

* UNBILLED COST *                            Jun 20 2003
                                             09:41:06
MATTER: 20103          Mitchell, James II

| CODE | DATE | INIT | QTY. | RATE | AMOUNT | DESCRIPTION |
|------|------|------|------|------|--------|-------------|
| COPY | 12/12/01 | KRR | 5 | 0.20 | 1.00 | Photocopies |
| COPY | 12/12/01 | KRR | 2 | 0.20 | 0.40 | Photocopies |
| COPY | 12/12/01 | KRR | 5 | 0.20 | 1.00 | Photocopies |
| COPY | 12/12/01 | KRR | 2 | 0.20 | 0.40 | Photocopies |
| COPY | 12/20/01 | KRR | 28 | 0.20 | 5.60 | Photocopies |
| COPY | 12/21/01 | KRR | 3 | 0.20 | 0.60 | Photocopies |
| COPY | 01/07/02 | KRR | 9 | 0.20 | 1.80 | Photocopies |
| COPY | 03/08/02 | KRR | 4 | 0.20 | 0.80 | Photocopies |
| COPY | 03/20/02 | KRR | 4 | 0.20 | 0.80 | Photocopies |
| COPY | 04/25/02 | KRR | 2 | 0.20 | 0.40 | Photocopies |
| COPY | 01/02/03 | KRR | 16 | 0.20 | 3.20 | Photocopies |
| COPY | 01/09/03 | KRR | 4 | 0.20 | 0.80 | Photocopies |
| COPY | 01/13/03 | KRR | 4 | 0.20 | 0.80 | Photocopies |
| COPY | 01/17/03 | KRR | 184 | 0.20 | 36.80 | Photocopies |
| COPY | 02/27/03 | KRR | 6 | 0.20 | 1.20 | Photocopies |
| COPY | 03/06/03 | KRR | 6 | 0.20 | 1.20 | Photocopies |
| COPY | 03/28/03 | KRR | 6 | 0.20 | 1.20 | Photocopies |
| COPY | 04/09/03 | KRR | 4 | 0.20 | 0.80 | Photocopies |
| COPY | 04/24/03 | KRR | 1 | 0.20 | 0.20 | Photocopies |
| COPY | 05/02/03 | KRR | 14 | 0.20 | 2.80 | Photocopies |
| COPY | 06/18/03 | KRR | 3 | 0.20 | 0.60 | Photocopies |
| *---- COST TOTAL -----* | | | 312 | | 62.40 | |
| | | | | | | |
| DATA | 02/07/03 | KRR | 1 | 192.00 | 192.00 | Database Search Charges |
| | | | | | | |
| FAX | 03/20/02 | KRR | 1 | 0.50 | 0.50 | Facsimile |
| FAX | 04/25/02 | KRR | 2 | 0.50 | 1.00 | Facsimile |
| FAX | 02/27/03 | KRR | 7 | 0.50 | 3.50 | Facsimile |
| *---- COST TOTAL -----* | | | 10 | | 5.00 | |
| | | | | | | |
| MES | 12/28/01 | KRR | 1 | 2.75 | 2.75 | Messengers - VENDOR: VMW |
| MES | 03/28/02 | KRR | 1 | 2.75 | 2.75 | Messengers - VENDOR: VMW |
| MES | 07/10/02 | KRR | 1 | 8.25 | 8.25 | Messengers - VENDOR: VMW |
| MES | 01/06/03 | KRR | 1 | 2.75 | 2.75 | Messengers - VENDOR: VMW |
| MES | 01/20/03 | KRR | 1 | 7.99 | 7.99 | Messengers - VENDOR: AME |
| MES | 04/16/03 | KRR | 1 | 2.75 | 2.75 | Messengers - VENDOR: VMW |
| *---- COST TOTAL -----* | | | 6 | | 27.24 | |
| | | | | | | |
| POST | 12/20/01 | KRR | 1 | 0.68 | 0.68 | Postage |
| POST | 01/07/02 | KRR | | 0.57 | 0.57 | Postage |
| POST | 03/06/03 | KRR | 1 | 0.60 | 0.60 | Postage |
| POST | 03/28/03 | KRR | 1 | 0.74 | 0.74 | Postage |
| POST | 05/02/03 | KRR | 1 | 0.60 | 0.60 | Postage |
| *---- COST TOTAL -----* | | | 5 | | 3.19 | |
| | | | | | | |
| TEL | 02/26/03 | KRR | 1 | 0.13 | 0.13 | Long Distance Telephone |
| TEL | 03/20/03 | KRR | 1 | 0.70 | 0.70 | Long Distance Telephone |
| *---- COST TOTAL -----* | | | 2 | | 0.83 | |
| | | | | | | |
| TRAN | 05/09/03 | KRR | | 938.50 | 938.50 | Transcript Fees - VENDOR |

**\* UNBILLED COST \***

Jun 20 2003
09:41:06

MATTER: 20103        Mitchell, James II

| CODE | DATE | INIT | QTY. | RATE | AMOUNT | DESCRIPTION |
|------|------|------|------|------|--------|-------------|
| WP | 12/19/01 | KRR | 1 | 30.00 | 18.00 | Word Processing |
| WP | 12/20/01 | KRR | 1 | 30.00 | 15.00 | Word Processing |
| WP | 12/21/01 | KRR | 0 | 30.00 | 3.00 | Word Processing |
| WP | 03/08/02 | KRR | 0 | 30.00 | 3.00 | Word Processing |
| WP | 03/20/02 | KRR | 0 | 30.00 | 3.00 | Word Processing |
| WP | 06/28/02 | KRR | 0 | 30.00 | 3.00 | Word Processing |
| \*---- COST TOTAL -----\* | | | 0 | | 45.00 | |
| \*---- GRAND TOTAL ----\* | | | | | 1274.16 | |