## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

JAMES P. SINNOTT, et al.

                       Plaintiffs,

           vs.                       Civil Action Number: AMD-00-1466

JAMES MITCHELL, II

                      Defendant.

*(FILED stamp: U.S. DISTRICT COURT, DISTRICT OF MARYLAND, OCT - P 5: 04, AT BALTIMORE, —DEPU)*

### Request by Court Appointed Counsel for Reimbursement of Expenses

Name of person represented: James and Nancy Sinnott

Date of appointment: __November 15, 2001__

Date of judgment or date appointment ended: Pending settlement

Have you previously applied for reimbursement in this case?
[ X ] No  Yes [  ] amount received: _____
If you answered yes, attach copies of all prior applications.

I hereby request reimbursement for the following costs (do NOT include any expenses previously reimbursed)

Deposition expenses (attach invoices or a statement with the deponent's name, date of deposition, number of pages, and per page rate) ........................................................... $ 938.50

Expert, investigative, or other services (attach receipts; and if approved in advance, a copy of the order approving; if not approved in advance explain why) ................................. $ _____

Travel expenses, including tolls, parking, and mileage for trips exceeding 50 miles each way .......... $ _____

Witness fees/Service fees (attach invoices, receipts or copies of checks) ......................... $ _____

Interpreter services (attach invoices or receipts) ................................................. $ _____

Copies, photographs, long distance calls, etc. (actual out-of-pocket expenses only, not normal office overhead) ........................................................................................ $ 335.66

Other expenses (attach receipts and a statement describing expenses) ............................. $ _____

                                          **TOTAL**        $ 1,274.16

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that I have not been compensated or reimbursed for these costs from or on behalf of the client. None of the costs listed represent fees or costs taxed against myself or the client.

Printed Name of Attorney

Bar No. 09520

Gebhardt & Smith LLP
The World Trade Center
9th Floor
401 East Pratt Street
Baltimore, Maryland 21202

Expenses in the amount of $1,274.16 are approved.

Oct 1, 2003

United States District/Magistrate Judge

10/1/03

